granted, 502 U. S. 1056.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 90–8370. MEDINA *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 502 U. S. 924.] Motion of petitioner for leave to file a supplemental brief after argument denied.

No. 91–155. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. *v.* LEE, SUPERINTENDENT OF PORT AUTHORITY POLICE; and
No. 91–339. LEE, SUPERINTENDENT OF PORT AUTHORITY POLICE *v.* INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. C. A. 2d Cir. [Certiorari granted, 502 U. S. 1022.] Motion of petitioners/cross-respondents to strike *amicus curiae* brief of Airports Association Council International-North America denied.

No. 91–538. FORSYTH COUNTY, GEORGIA *v.* NATIONALIST MOVEMENT. C. A. 11th Cir. [Certiorari granted, 502 U. S. 1023.] Motions of American Civil Liberties Union et al. and Public Citizen for leave to file briefs as *amici curiae* granted.

No. 91–542. WRIGHT, WARDEN, ET AL. *v.* WEST. C. A. 4th Cir. [Certiorari granted, 502 U. S. 1012.] Motions of Benjamin R. Civiletti et al. and Gerald Gunther et al. for leave to file briefs as *amici curiae* granted.

No. 91–744. PLANNED PARENTHOOD OF SOUTHEASTERN PENNSYLVANIA ET AL. *v.* CASEY, GOVERNOR OF PENNSYLVANIA, ET AL.; and
No. 91–902. CASEY, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* PLANNED PARENTHOOD OF SOUTHEASTERN PENNSYLVANIA ET AL. C. A. 3d Cir. [Certiorari granted, 502 U. S. 1056.] Motion of Alan Ernest to represent children unborn and born alive denied. Motion of Legal Defense for Unborn Children for leave to file a brief as *amicus curiae* denied.

No. 91–790. CSX TRANSPORTATION, INC. *v.* EASTERWOOD. C. A. 11th Cir.;
No. 91–1206. EASTERWOOD *v.* CSX TRANSPORTATION, INC. C. A. 11th Cir.;
No. 91–1111. HARTFORD FIRE INSURANCE CO. ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir.;

No. 91–1128. MERRETT UNDERWRITING AGENCY MANAGE-MENT LTD. ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir.;

No. 91–1131. WINTHERTHUR REINSURANCE CORPORATION OF AMERICA *v.* CALIFORNIA. C. A. 9th Cir.; and

No. 91–1146. UNIONAMERICA INSURANCE CO. LTD. ET AL. *v.* CALIFORNIA ET AL. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91–849. BOARD OF EDUCATION OF COMMUNITY CONSOLI-DATED SCHOOL DISTRICT NO. 21 *v.* ILLINOIS STATE BOARD OF EDUCATION ET AL.; and

No. 91–865. ILLINOIS STATE BOARD OF EDUCATION *v.* BOARD OF EDUCATION OF COMMUNITY CONSOLIDATED SCHOOL DISTRICT NO. 21 ET AL., 502 U. S. 1066. Motion of respondents Brozer et ux. for assessment of attorney's fees and costs denied.

No. 91–913. PATTERSON, TRUSTEE *v.* SHUMATE. C. A. 4th Cir. [Certiorari granted, 502 U. S. 1057.] Motion of David B. Tatge, Trustee, for leave to file a brief as *amicus curiae* granted.

No. 91–946. CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.* UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 905.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 91–1188. ROWLAND, FORMER DIRECTOR, CALIFORNIA DE-PARTMENT OF CORRECTIONS, ET AL. *v.* CALIFORNIA MEN'S COL-ONY, UNIT II MEN'S ADVISORY COUNCIL. C. A. 9th Cir. [Cer-tiorari granted, *ante,* p. 905.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 91–6109. GILBERTSON *v.* GRAHAM ET AL., 502 U. S. 1003. Motion of respondent Walker for attorney's fees denied.

No. 91–6194. CROSBY *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, *ante,* p. 905.] Motion for appointment of counsel granted, and it is ordered that Mark D. Nyvold, Esq., of St. Paul, Minn., be appointed to serve as counsel for petitioner in this case.

No. 91–7064. TOLIVER *v.* COUNTY OF SULLIVAN ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pau-peris* denied. Petitioner is allowed until April 13, 1992, within